UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RENEE KVEK, individually and as a representative of a class of all others similarly situated and on behalf of the Cushman & Wakefield 401(k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>CUSHMAN & WAKEFIELD, U.S., INC., CUSHMAN & WAKEFIELD INVESTMENT COMMITTEE, and JOHN and JANE DOES 1-20,<br><br>Defendants. | No. 2:26-cv-736<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO STAY AND CONTINUANCE OF DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br>**March 23, 2026** |

**WHEREAS**, on March 3, 2026, Plaintiff filed a complaint commencing the above-captioned action (the "Action");

**WHEREAS**, Defendants' responsive pleading is due March 26, 2026;

**WHEREAS**, Defendants intend to file dispositive motions in lieu of answering the complaint;

**WHEREAS**, the parties stipulate that in order to complete satisfactory briefing on said dispositive motions, they agree to abide by the stipulated briefing schedule set forth below;

**WHEREAS**, the Parties through their undersigned counsel have conferred and consented to the entry of this Stipulation; and

STIP. AND ORD. RE BRIEFING SCHEDULE
FOR MOT. TO STAY AND CONT. OF
DEADLINES (NO. 2:26-cv-736) - 1

**WHEREAS**, the Parties agree to abide by this Stipulation unless and until the Court enters an order contrary to this Stipulation;

**IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, THAT:**

1.     Defendants' dispositive motion shall be due May 7, 2026: Plaintiff's opposition to the dispositive motion shall be due June 25, 2026, and Defendants' reply shall be due July 16, 2026.

2.     The dispositive motion shall be noted for consideration on July 16, 2026.

STIP. AND ORD. RE BRIEFING SCHEDULE
FOR MOT. TO STAY AND CONT. OF
DEADLINES (NO. 2:26-cv-736) - 2

Respectfully submitted this 23rd day of March, 2026.

CLIENTEARTH USA, INC.

By: /s/ John S. Rossiter, Jr.
      John S. Rossiter, Jr., WSBA #23876

      /s/ Kimberly Blake
      Kimberly Blake

      /s/ Benjamin Segal
      Benjamin Segal
      501 Santa Monica Blvd. Suite 510
      Santa Monica, CA 90401
      Tel.: (310) 361-7006
      JRossiter@clientearth.org
      KBlake@clientearth.org
      BSegal@clientearth.org

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Michelle C. Yau
      Michelle C. Yau

      /s/ Daniel R. Sutter
      Daniel R. Sutter

      /s/ Ryan A. Wheeler
      Ryan A. Wheeler
      1100 New York Ave. NW Suite 800
      Washington, DC 20005
      Tel.: (202) 408-4600
      myau@cohenmilstein.com
      dsutter@cohenmilstein.com
      rwheeler@cohenmilstein.com
**Attorneys for Plaintiff**

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
      Bradley S. Keller, WSBA #10665

By /s/ Paul R. Taylor
      Paul R. Taylor, WSBA#14851
      1000 Second Avenue, 38th Floor
      Seattle, Washington 98104
      Tel.: (206) 622-2000
      bkeller@byrneskeller.com
      ptaylor@byrneskeller.com

WILLKIE FARR & GALLAGHER, LLP

By:  /s/ Craig Martin
      Craig Martin

      /s/ Kimberly Jones
      Kimberly Jones
      *(Pro hac vice* admissions forthcoming)
      300 N. LaSalle
      Chicago, Illinois, 60654
      Tel.: (312) 728-9000
      cmartin@willkie.com
      kjones@willkie.com
**Attorneys for Defendants**

**ORDER**

Approved and ordered this ___24th___ day of ___March___, 2026.


John H. Chun
_____
Hon. John H. Chun