UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

Renee Kvek, individually and as a representative of a class of all others similarly situated and on behalf of the Cushman & Wakefield 401(k) Plan,

Plaintiff,

vs.

CUSHMAN & WAKEFIELD, U.S., INC., CUSHMAN & WAKEFIELD INVESTMENT COMMITTEE, and JOHN and JANE DOES 1-20,

Defendants.

No. 2:26-cv-00736-JHC

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO STRIKE AND REQUEST FOR JUDICIAL NOTICE AND CONTINUANCE OF DEADLINES**

**NOTE ON MOTION CALENDAR:**

**May 12, 2026**

**WHEREAS**, on May 7, 2026, Defendants filed a Motion to Strike Plaintiff's Jury Demand [ECF 24] and a Request for Judicial Notice and Notice of Incorporation by Reference in Support of Defendants' Motion to Dismiss Plaintiff's Complaint [ECF 29] (the "Motions");

**WHEREAS**, Plaintiff's oppositions to the Motions are due May 22, 2026;

**WHEREAS**, Defendants' replies to Plaintiff's oppositions are due May 28, 2026;

**WHEREAS**, the parties stipulate that in order to complete satisfactory briefing on said Motions, they agree to abide by the stipulated briefing schedule set forth below;

**WHEREAS**, the Parties through their undersigned counsel have conferred and consented to the entry of this Stipulation; and

STIP. AND ORD. RE BRIEFING
SCHEDULE FOR MOT. TO STRIKE
AND REQ. FOR JUDICIAL NOTICE
AND CONT. OF DEADLINES
(NO. 2:26-cv-736) - 1

**WHEREAS**, the Parties agree to abide by this Stipulation unless and until the Court enters an order contrary to this Stipulation;

**IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, THAT:**

1.      Plaintiff's oppositions to Defendants' Motions shall be due June 25, 2026; Defendants' replies to Plaintiff's oppositions shall be due July 16, 2026.

2.      The Motions shall be re-noted for consideration on July 16, 2026.

STIP. AND ORD. RE BRIEFING
SCHEDULE FOR MOT. TO STRIKE
AND REQ. FOR JUDICIAL NOTICE
AND CONT. OF DEADLINES
(NO. 2:26-cv-736) - 2

Respectfully submitted this 12th day of May, 2026.

CLIENTEARTH USA, INC.

By: s/ John S. Rossiter, Jr.
    John S. Rossiter, Jr., WSBA #23876
By: s/ Kimberly Blake
    Kimberly Blake
By: s/ Benjamin Segal.
    Benjamin Segal
    501 Santa Monica Blvd. Suite 510
    Santa Monica, CA 90401
    Tel.: (310) 361-7006
    JRossiter@clientearth.org
    KBlake@clientearth.org
    BSegal@clientearth.org

COHEN MILSTEIN SELLERS & TOLL PLLC

By: s/ Michelle C. Yau
    Michelle C. Yau
By: s/ Daniel R. Sutter
    Daniel R. Sutter
By: s/ Ryan A. Wheeler
    Ryan A. Wheeler
    1100 New York Ave. NW Suite 800
    Washington, DC 20005
    Tel.: (202) 408-4600
    myau@cohenmilstein.com
    dsutter@cohenmilstein.com
    rwheeler@cohenmilstein.com

KELLER ROHRBACK L.L.P.

By: s/ Erin M. Riley
    Erin M. Riley, WSBA No. 30401
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Tel.: (206) 623-1900
    eriley@kellerrohrback.com

**Attorneys for Plaintiff**

BYRNES KELLER CROMWELL LLP

By: s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
By: s/ Paul R. Taylor
    Paul R. Taylor, WSBA#14851
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Tel.: (206) 622-2000
    bkeller@byrneskeller.com
    ptaylor@byrneskeller.com

WILLKIE FARR & GALLAGHER, LLP

By: s/ Craig Martin
    Craig Martin
By: s/ Kimberly Jones
    Kimberly Jones
By: s/ Amanda Amert
    Amanda Amert
    300 N. LaSalle
    Chicago, Illinois, 60654
    Tel.: (312) 728-9000
    cmartin@willkie.com
    kjones@willkie.com
    aamert@willkie.com

**Attorneys for Defendants**

STIP. AND ORD. RE BRIEFING
SCHEDULE FOR MOT. TO STRIKE
AND REQ. FOR JUDICIAL NOTICE
AND CONT. OF DEADLINES
(NO. 2:26-cv-736) - 3

**ORDER**

The Court GRANTS the stipulated request and DIRECTS the Clerk to re-note the motions at Dkt. ## 24 and 29 for July 16, 2026.

Approved and ordered this 12th day of May, 2026.

_John H. Chun_

John H. Chun
United States District Judge

STIP. AND ORD. RE BRIEFING
SCHEDULE FOR MOT. TO STRIKE
AND REQ. FOR JUDICIAL NOTICE
AND CONT. OF DEADLINES
(NO. 2:26-cv-736) - 4