UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RENEE KVEK, individually and as a representative of a class of all others similarly situated and on behalf of the Cushman & Wakefield 401(k) Plan,<br><br>                    Plaintiff,<br><br>          v.<br><br>CUSHMAN & WAKEFIELD, U.S., INC., CUSHMAN & WAKEFIELD INVESTMENT COMMITTEE, and JOHN and JANE DOES 1-20,<br><br>                    Defendants. | Case No. 2:26-cv-00736-JHC<br><br><br>**PARTIES' JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE ESI ORDER** |

JOINT STIP. AND ORDER
TO EXT. ESI ORDER
(No. 2:26-cv-00736-JHC) - i

It is hereby stipulated and agreed, by and between the parties hereto, that the time within which the parties are required to file the proposed Electronically Stored Information Order, having initially been set for filing thirty days from the entry of parties' Joint Rule 26(f) Status Report (Dkt. 41), is extended to 14 days from July 6, 2026 until July 20, 2026.

JOINT STIP. AND ORDER
TO EXT. ESI ORDER
(No. 2:26-cv-00736-JHC) - 1

Respectfully submitted this 6th day of July, 2026.


CLIENTEARTH USA, INC.
*/s/ John S. Rossiter*
John S. Rossiter, Jr., WSBA #23876
*/s/ Kimberly Blake*
Kimberly Blake
*/s/ Benjamin Segal*
Benjamin Segal
501 Santa Monica Blvd. Suite 510
Santa Monica, CA 90401
Tel.: (310) 361-7006
JRossiter@clientearth.org
KBlake@clientearth.org
BSegal@clientearth.org

COHEN MILSTEIN SELLERS & TOLL LLP
*/s/ Michelle C. Yau*
Michelle C. Yau
*/s/ Daniel R. Sutter*
Daniel R. Sutter
*/s/ Ryan A. Wheeler*
Ryan A. Wheeler
1100 New York Ave. NW Suite 800
Washington, DC 20005
Tel.: (202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com
rwheeler@cohenmilstein.com


KELLER ROHRBACK L.L.P.
*/s/ Erin M. Riley*
Erin M. Riley, WSBA No. 30401
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
eriley@kellerrohrback.com


*Attorneys for Plaintiff*

BYRNES KELLER CROMWELL LLP
*/s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665
*/s/ Paul R. Taylor*
Paul R. Taylor, WSBA#14851
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com
ptaylor@byrneskeller.com


WILLKIE FARR & GALLAGHER LLP
*/s/ Craig C. Martin*
Craig C. Martin (admitted *pro hac vice*)
Amanda S. Amert (admitted *pro hac vice*)
Kimberly Jones (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL  60654
Tel: (312) 728-9000
Fax: (312) 728-9199
cmartin@willkie.com
aamert@willkie.com
kjones@willkie.com


*Attorneys for Defendants*


JOINT STIP. AND ORDER
TO EXT. ESI ORDER
(No. 2:26-cv-00736-JHC) - 2

**ORDER**

Approved and ordered this 7th day of July, 2026.

John H. Chun
United States District Judge

JOINT STIP. AND ORDER
TO EXT. ESI ORDER
(No. 2:26-cv-00736-JHC) - 3